UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20464-KMM

CARLOS BRITO,

    Plaintiff,

v.

SUNSHINE GASOLINE DISTRIBUTORS,
INC. and NADER STATION CORP D/B/A
MARATHON NADER,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. Civ. P. 41(a)(1)(A)(i), Plaintiff, CARLOS BRITO, by and through his undersigned counsel, hereby gives notice of voluntary dismissal of this action with prejudice, as to Defendants, SUNSHINE GASOLINE DISTRIBUTORS, INC. and NADER STATION CORP D/B/A MARATHON NADER.

Dated this February 21, 2025.

    Respectfully Submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: ___/s/_Anthony J. Perez_____

ANTHONY J. PEREZ<br>
Florida Bar No. 535451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this February 21, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com


By: ___/s/ Anthony J. Perez_____
      ANTHONY J. PEREZ